SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
LUZ ZENDEJAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS,<br><br>    Plaintiff,<br><br>  vs.<br><br>TRADER JOE'S COMPANY;<br>ARBOLES INVESTMENT<br>COMPANY NUMBER ONE; and<br>DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:24-cv-06634-JFW (MAAx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff LUZ ZENDEJAS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  September 18, 2024          **SO. CAL EQUAL ACCESS GROUP**


                                           */s/ Jason J. Kim*
                                        JASON J. KIM
                                        Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE